UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYAD KARZOUN, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>   Defendants. | Case No. 2:24-cv-02630-CBM-KS<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT GEORGE LANG AS LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD COUNSEL** |
| LEE MICHAEL THOMPSON, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>   Defendants. | Case No. 2:24-cv-04068-CBM-KS |

Having considered the motion of George Lang ("Movant") for entry of an Order: (1) consolidating the above-captioned Related Actions; (2) appointing Movant as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, and (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Karzoun v. Luna Innovations Incorporated, et al.*, No. 2:24-cv-02630-CBM-KS and *Thompson v. Luna Innovations Incorporated, et al.*, No. 2:24-cv-04068-CBM-KS are hereby consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION | )<br>)<br>) Master File No. 2:24-cv-02630-CBM-KS<br>CLASS ACTION |
| ——————————————— | )<br>) |
| This Document Relates To:<br>    ALL ACTIONS | )<br>)<br>) |
| ——————————————— | ) |

(a)     The file in Case No. 2:24-cv-02630-CBM-KS shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase, "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document

Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)     This Order is entered without prejudice to the right of any party to apply for severance of any claim or action upon a showing of good cause; and

3.     The Court hereby appoints Movant as Lead Plaintiff in this action. Movant satisfies the requirements for lead plaintiff appointment under the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act;

4.     Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves that selection;

5.     Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

6.     Lead Counsel shall have the following responsibilities and duties:

a.     to coordinate the briefing and argument of motions;

b.     to coordinate the conduct of discovery proceedings;

c.     to coordinate the examination of witnesses in depositions;

d.     to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

e.    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.    to coordinate all settlement negotiations with counsel for defendants;

g.    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

h.    to supervise any other matters concerning the prosecution, resolution, or settlement of this action.

7.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs;

8.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices; and

9.    Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: _____, 2024    _____
                            HON.  CONSUELO B. MARSHALL
                            UNITED STATES DISTRICT JUDGE

-3-