Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com
         reed@hbsslaw.com

*Attorneys for Movant George Lang*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYAD KARZOUN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | Case No. 2:24-cv-02630-CBM-KS<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT GEORGE LANG AS LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD COUNSEL**<br><br>Date:        Tuesday, July 2, 2024<br>Time:        10:00 a.m.<br>Courtroom: 8D<br>Judge:       Hon. Consuelo B. Marshall |
| LEE MICHAEL THOMPSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | Case No. 2:24-cv-04068-CBM-KS |

I, Lucas E. Gilmore, declare as follows:

1.  I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for George Lang ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's motion to: (1) consolidate the above-captioned Related Actions; (2) appoint Movant as Lead Plaintiff in the above-captioned cases and any others the Court may deem related pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); (3) approve Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class; and (4) for any such other and further relief as the Court may deem just and proper.

2.  Attached hereto as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:  Movant's Certification;

Exhibit B:  Movant's Loss Calculation;

Exhibit C:  Movant's Declaration;

Exhibit D:  Notice of Pendency published on April 1, 2024; and

Exhibit E:  The firm résumé of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of May, 2024.

_/s/ Lucas E. Gilmore_
LUCAS E. GILMORE

-1-