# Exhibit B

**Loss Analysis for George Lang - Luna Innovations Incorporated (LUNA)**
**Class Period 05/16/22 - 04/19/24**



| | | **P U R C H A S E S** | | | | | **S A L E S** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 08/08/23 | 6,900 | $8.9400 | $61,686.00 | | | | | |
| **Purchases** | 08/08/23 | 1,775 | $8.9300 | $15,850.75 | | | | | |
| | 08/08/23 | 10 | $8.9200 | $89.20 | | | | | |
| | 08/08/23 | 200 | $8.8650 | $1,773.00 | | | | | |
| | 08/08/23 | 110 | $8.9100 | $980.10 | | | | | |
| | 08/08/23 | 2,305 | $8.8800 | $20,468.40 | | | | | |
| | 08/08/23 | 700 | $8.8799 | $6,215.93 | | | | | |
| **Post Class** | | | | | **Post Class** | | | | |
| **Purchases** | | | | | **Sales** | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 12,000 | **Total Amt. Paid in CP** | $107,063.38 | **Total Shares Sold in CP** 0  **Total Amt. Sold in CP** $0.00 |
| | | | | **Post CP Shares Sold** 0  **Post CP Amount Sold** $0.00 |
| | | | | **Total Shares Sold to Current** 0  **Total Amt. Sold to Current** $0.00 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP** 12,000 **(CP Retained Shares)**

**Net Amount Paid in CP** $107,063.38
**Net Amount Paid in CP Minus Sold to Current Date** $107,063.38 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 12,000 **Automatically 0 if Negative**
**Net Shares Acquired During Class Period Held to Current Date** 12,000 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP** $2.72

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $32,685.52
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $32,685.52 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $74,377.86 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $74,377.86
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $74,377.86 **ALTERNATIVE**