Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Counsel to Movant Nicolas Ray
and Proposed Lead Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| EYAD KARZOUN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | Case No. 2:24-cv-02630<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NICOLAS RAY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| LEE MICHAEL THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | Case No. 2:24-cv-04068 |

[PROPOSED] ORDER
No. 2:24-cv-02630

Having considered Nicolas Ray's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(ii), the motions are consolidated;

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Mr. Ray is appointed as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Mr. Ray's selection of Block & Leviton LLP and Holzer & Holzer, LLC is approved and appointed as Co-Lead Counsel. As Co-Lead Counsel, the firms shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   a. the briefing and argument of any and all motions;

   b. the preparation and filing of all pleadings;

   c. the conduct of any and all discovery proceedings;

   d. settlement negotiations with counsel for Defendants;

   e. the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

   f. the supervision of all other matters concerning this prosecution or resolution of this action.

2

IT IS SO ORDERED.

DATED: _____

_____

THE HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
NO. 2:24-cv-02630