Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

*Counsel to Movant Nicolas Ray
and Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT
## CEBNTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| EYAD KARZOUN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | Case No. 2:24-cv-02630<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF NICOLAS RAY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| LEE MICHAEL THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | Case No. 2:24-cv-04068 |

DECLARATION OF JACOB A. WALKER
No. 2:24-cv-02630

I, Jacob A. Walker, declare as follows:

1.      I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed Lead Counsel for proposed Lead Plaintiff Nicolas Ray in the above-captioned action. I make this Declaration in support of Mr. Ray's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

**Exhibit A**: the April 01, 2024, press release issued by Rosen Law Firm announcing the filing of the above-captioned class action against the above-referenced defendants, announcing a class period of August 11, 2023 to March 25, 2024, and noticing that the filing date for appointment as Lead Plaintiff is May 31, 2024;

**Exhibit B**: Mr. Ray's PSLRA Certification

**Exhibit C**: Mr. Ray's Loss Chart;

**Exhibit D:** Block & Leviton LLP's firm résumé.

**Exhibit E:** Holzer & Holzer, LLC's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

May 31, 2024.

*/s/ Jacob A. Walker*
Jacob A. Walker

DECLARATION OF JACOB A. WALKER
No. 2:24-cv-02630

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jacob A. Walker
Jacob A. Walker

DECLARATION OF JACOB A. WALKER
No. 2:24-cv-02630

3