## Nicholas Ray - LIFO Loss Analysis
## Luna Innovations Incorporated

| Date | Shares | Price Per Share | Total | Date | Price Per Share | Total | Gain / (Loss) |
|---|---|---|---|---|---|---|---|
| 1/4/24 | 319 | $ 6.6385 | $ 2,117.68 | Lookback | $ 2.7000 | $ 861.30 | $ (1,256.38) |
| 1/5/24 | 243 | $ 6.6085 | $ 1,605.87 | Lookback | $ 2.7000 | $ 656.10 | $ (949.77) |
| 3/13/24 | 809 | $ 3.7850 | $ 3,062.07 | Lookback | $ 2.7000 | $ 2,184.30 | $ (877.77) |
| **Total** | **1371** | **$ 4.9494** | **$ 6,785.61** | | **$ 2.7000** | **$ 3,701.70** | **$ (3,083.91)** |