Laurence M. Rosen, Esq. (SBN 219683)
Email: lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYAD KARZOUN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO, <br><br> Defendants. | Case No. 2:24-cv-02630-CBM-KS <br><br> **NOTICE OF MOTION AND MOTION OF LUIS HERNANDEZ TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Consuelo B. Marshall <br> HEARING: July 2, 2024 <br> TIME: 10:00 a.m. <br> CTRM: 8D |

1

| LEE MICHAEL THOMPSON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO, <br><br> Defendants. | Case No. 2:24-cv-04068-CBM-KS <br><br> CLASS ACTION <br><br> JUDGE: Consuelo B. Marshall |
|---|---|

PLEASE TAKE NOTICE that on Tuesday, July 2, 2024, at 10:00 a.m. before the Honorable Consuelo B. Marshall in the First Street Courthouse, 350 W. 1st Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012, Luis Hernandez ("Movant") will and does move this Court for an order granting his Motion for: (1) consolidation of the above-captioned actions, (2) appointment of Movant as Lead Plaintiff of the Class; and (3) approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiff and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) Movant should be

2

MOTION OF LUIS HERNANDEZ TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL – Case No. 2:24-cv-02630-CBM-KS

appointed as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired publicly traded Luna Innovations Incorporated securities between May 16, 2022 and April 19, 2024, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen (and exhibits attached thereto), and a Proposed Order.

Local Rule 7-3 and Your Honor's Standing Order Rule 7.b. require a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of L.R. 7-3 and Your Honor's Standing Order Rule 7.b. be waived.

3

Dated: May 31, 2024                    Respectfully submitted,

                                       **THE ROSEN LAW FIRM, P.A.**

                                       /s/ Laurence M. Rosen
                                       Laurence M. Rosen, Esq. (SBN 219683)
                                       355 South Grand Avenue, Suite 2450
                                       Los Angeles, CA 90071
                                       Telephone: (213) 785-2610
                                       Facsimile: (213) 226-4684
                                       Email: lrosen@rosenlegal.com

                                       *Counsel for Movant and [Proposed] Lead Counsel for the Class*

4

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On May 31, 2024, I electronically filed the following **MOTION OF LUIS HERNANDEZ TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 31, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

5