Laurence M. Rosen, Esq. (SBN 219683)
Email: lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYAD KARZOUN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>    Defendants. | Case No. 2:24-cv-02630-CBM-KS<br><br>**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF LUIS HERNANDEZ'S MOTION TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Consuelo B. Marshall<br>HEARING: July 2, 2024<br>TIME: 10:00 a.m.<br>CTRM: 8D |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LUIS HERNANDEZ TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL
2:24-cv-02630-CBM-KS

| | |
|---|---|
| LEE MICHAEL THOMPSON, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>    Defendants. | Case No. 2:24-cv-04068-CBM-KS<br><br>CLASS ACTION<br><br>JUDGE: Consuelo B. Marshall |

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Luis Hernandez ("Movant"). I make this declaration in support of Movant's motion to consolidate related actions, for appointment as Lead Plaintiff, and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

    Exhibit 1:   PSLRA Early Notice;

2

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart; and

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 31st day of May, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LUIS HERNANDEZ TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL
2:24-cv-02630-CBM-KS

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On May 31, 2024, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LUIS HERNANDEZ TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 31, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LUIS HERNANDEZ TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFF, AND APPROVE OF CHOICE OF COUNSEL
2:24-cv-02630-CBM-KS