# Exhibit 3

**Luna Innovations Inc. Loss Chart**
**Class Period: May 16, 2022 through April 19, 2024**

**Lookback Price**

$2.72

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Luis Hernandez | Opening Position 198 Shares | | | | 3/16/2023* | 198* | 6.71* | | | | |
| | 3/10/2023 | 1,100 | ($9.37) | ($10,307.00) | 3/16/2023 | 352 | $6.71 | $2,361.92 | | | |
| | 5/10/2023 | 1,000 | ($6.25) | ($6,250.00) | 3/16/2023 | 250 | $6.83 | $1,707.50 | | | |
| | 7/28/2023 | 550 | ($8.97) | ($4,933.50) | 3/16/2023 | 299 | $6.81 | $2,036.19 | | | |
| | 2/26/2024 | 2,000 | ($7.14) | ($14,280.00) | 5/12/2023 | 1,000 | $7.30 | $7,300.00 | | | |
| | 3/5/2024 | 160 | ($6.29) | ($1,006.40) | 7/28/2023 | 225 | $8.98 | $2,020.50 | | | |
| | 3/8/2024 | 200 | ($6.54) | ($1,308.00) | 7/31/2023 | 101 | $8.99 | $907.99 | | | |
| | 3/12/2024 | 1 | ($5.61) | ($5.61) | 8/11/2023 | 224 | $7.65 | $1,713.60 | | | |
| | 3/12/2024 | 400 | ($5.00) | ($2,000.00) | 8/14/2023 | 1 | $7.66 | $7.66 | | | |
| | 3/12/2024 | 200 | ($5.00) | ($1,000.00) | 4/4/2024 | 1,000 | $2.95 | $2,950.00 | | | |
| | 3/12/2024 | 400 | ($5.00) | ($2,000.00) | 4/4/2024 | 1,000 | $2.95 | $2,950.00 | | | |
| | 3/13/2024 | 200 | ($4.50) | ($900.00) | 4/4/2024 | 2,599 | $2.95 | $7,667.05 | | | |
| | 3/13/2024 | 200 | ($4.04) | ($808.00) | | | | | | | |
| | 3/13/2024 | 200 | ($4.03) | ($806.00) | | | | | | | |
| | 3/13/2024 | 40 | ($3.99) | ($159.60) | | | | | | | |
| | 3/13/2024 | 100 | ($3.78) | ($378.00) | | | | | | | |
| | 3/19/2024 | 100 | ($3.83) | ($383.00) | | | | | | | |
| | 3/26/2024 | 100 | ($3.38) | ($338.00) | | | | | | | |
| | 3/26/2024 | 100 | ($3.24) | ($324.00) | | | | | | | |
| | | 7,051 | | ($47,187.11) | | 7,051 | | $31,622.41 | 0 | $0.00 | ($15,564.70) |

*Matched to opening position