POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Zachari Pirbudagov*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EYAD KARZOUN, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>          v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>                  Defendants. | Case No. 2:24-cv-02630-CBM-KS<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF ZACHARI PIRBUDAGOV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  July 2, 2024<br>TIME:  10:00 a.m.<br>JUDGE:  Consuelo B. Marshall<br>CTRM:  8D |

DECLARATION - 2:24-cv-02630-CBM-KS; 2:24-cv-04068-CBM-KS

LEE MICHAEL THOMPSON, Individually and on behalf of all others similarly situated,

          Plaintiff,

    v.

LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,

          Defendants.

Case No. 2:24-cv-04068-CBM-KS

I, Jennifer Pafiti, hereby declare as follows:

1.  I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Zachari Pirbudagov ("Pirbudagov"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Pirbudagov's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Assignment of claims to Pirbudagov from his wife, Alla Pirbudagov;

Exhibit B:  Chart setting forth Pirbudagov's financial interest in this litigation;

Exhibit C:  Press release published via *Business Wire* on April 1, 2024, announcing the pendency of the first-filed of the Related Actions;

Exhibit D:  Shareholder Certification executed by Pirbudagov;

Exhibit E:  Declaration executed by Pirbudagov; and

Exhibit F:  Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 31, 2024.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti