

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYAD KARZOUN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | Case No.2:24-cv-02630-CBM-KSx<br><br>**ORDER GRANTING STIPULATION TO SET RESPONSE DEADLINE FOR CONSOLIDATED COMPLAINT [19]**<br><br>Dept:      8D<br>Judge:     Consuelo B. Marshall |
| LEE MICHAEL THOMPSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUNA INNOVATIONS INCORPORATED, SCOTT A. GRAEFF, EUGENE J. NESTRO, and GEORGE GOMEZ-QUINTERO,<br><br>Defendants. | **Case No. 2:24-cv-04068-CBM-KSx** |

COOLEY LLP
ATTORNEYS AT LAW

ORDER GRANTING STIPULATION
CASE NO. 2:24-CV-02630-CBM-KS
CASE NO. 2:24-CV-04068-CBM-KS

Before the Court is the parties' Joint Stipulation to Set Response Deadline for Consolidated Complaint ("Joint Stipulation"). Finding good cause, the Court GRANTS the Joint Stipulation and sets the response deadline as follows:

1.    The deadline to respond to the Thompson Complaint will be vacated, and Defendants are not required to respond to either the Thompson Complaint or the Karzoun Complaint.

2.    Within 14 days of the Court's appointment of a lead plaintiff, counsel for the lead plaintiff and counsel for Defendants shall confer and propose to the Court a schedule for the filing of a consolidated amended complaint and for Defendants' responses to that complaint.

3.    This stipulation is entered without prejudice to any Party's seeking any interim relief; and

4.    Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that a party may have with respect to the claims set forth in the consolidated amended complaint, including any defenses or objections to the Court's jurisdiction and the venue of this action, all of which rights, defenses, and objections are hereby preserved.

**IT IS SO ORDERED.**

Dated: JUNE 21, 2024

Hon. Consuelo B. Marshall

United States District Judge

Cooley LLP
Attorneys at Law

2

**Order Granting Stipulation
Case No. 2:24-cv-02630-CBM-KS
Case No. 2:24-cv-04068-CBM-KS**