# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION | Master File No. 2:24-cv-02630-CBM-KSx |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS | **ORDER REGARDING BRIEFING SCHEDULE OF AMENDED COMPLAINT AND RESPONSE THERETO  [40]** |

011245-11/2692360 V1

IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff shall file a Consolidated Amended Complaint ("CAC") no later than October 11, 2024;

2. Defendants shall file their anticipated motions to dismiss the CAC, or shall otherwise answer or respond to the CAC, no later than December 10, 2024;

3. If Defendants file motions to dismiss the CAC, Lead Plaintiff shall file any oppositions to such motions no later than January 24, 2025; and

4. Defendants shall file any replies to such oppositions no later than February 25, 2025.

IT IS SO ORDERED.

DATED: AUGUST 2, 2024

_____

HON.  CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-1-

011245-11/2692360 V1