UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br><br>This Document Relates To: ALL ACTIONS | Master File No. 2:24-cv-02630-CBM-KS<br><br><u>CLASS ACTION</u><br><br>**AMENDED ORDER RE: JOINT STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND RESPONSE THERETO [49]**<br><br><br>**[NOTE CHANGES MADE BY THE COURT]** |

The matter before the Court is the Joint Stipulation Regarding Filing of Amended Complaint and Response Thereto.  (Dkt. No. 49 (the "Stipulation").)  The Stipulation is approved as follows:

1.  Lead Plaintiff shall file a Consolidated Amended Complaint ("CAC") no later than October 11, 2024;

2.  Defendants shall file their anticipated motions to dismiss the CAC, or shall otherwise answer or respond to the CAC, no later than December 10, 2024;

3.  If Defendants file motions to dismiss the CAC, Lead Plaintiff shall file any oppositions to such motions no later than January 24, 2025; and

4.  Defendants shall file any replies to such oppositions no later than **February 11, 2025.**

**IT IS SO ORDERED.**

DATED: August 2, 2024

_____
HON.  CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-1-

**Error! Unknown document property name.**