UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br><br>This Document Relates To: ALL ACTIONS | Master File No. 2:24-cv-02630-CBM-KS<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING FILING OMNIBUS RESPONSE TO MOTIONS TO DISMISS** |

Having considered the Joint Stipulation Regarding Filing Omnibus Response to Motions to Dismiss filed by Lead Plaintiff George Lang and Defendants Luna Innovations Incorporated ("Luna" or the "Company"), Scott A. Graeff, Eugene J. Nestro, and George Gomez-Quintero ("Defendants", and together with Lead Plaintiff, the "Parties"), and with good cause appearing therefor, IT IS HEREBY ORDERED THAT Lead Plaintiff's will file and serve a single omnibus brief opposing Defendants' motions not to exceed 37 pages.

IT IS SO ORDERED.

DATED: January 22, 2025

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-1-