Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com
        reed@hbsslaw.com

*Attorneys for Lead Plaintiff George Lang*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION | Master File No. 2:24-cv-02630-CBM-KS |
| | **REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENT IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |
| This Document Relates To: | |
| *ALL ACTIONS* | Date:        March 11, 2025 |
| | Time:        10:00 a.m. |
| | Courtroom:   8D (8th Fl.) |
| | Judge: Hon. Consuelo B. Marshall |
| | 350 W. 1st Street |
| | Los Angeles, CA 90012 |

Pursuant to Federal Rule of Evidence 201(b), Lead Plaintiff George Lang hereby files this request for judicial notice of the document cited and discussed in his Omnibus Opposition to Defendants' Motions to Dismiss, which is being filed concurrently herewith. This document is attached as an exhibit to the concurrently-filed Declaration of Lucas E. Gilmore in Support of Lead Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss ("Gilmore Declaration").

Exhibit 1 to the Gilmore Declaration is a true and correct copy of the "Notice of Delisting or Failure to Satisfy a Continued Listing Rule or Standard; Transfer of Listing; Regulation FD Disclosure; Financial Statements and Exhibits" filed by Defendant Luna Innovations Incorporated with the Securities Exchange Commission ("SEC") on Form 8-K on or about January 6, 2025, which document is presently available at https://www.sec.gov/ix?doc=/ Archives/edgar/data/0001239819/000123981925000008/luna-20250103.htm.

The document in question is an SEC filing, the accuracy of which is not reasonably subject to dispute, and therefore is properly subject to judicial notice. *See, e.g., Metzler Inv. GMBH v. Corinthian Colls. Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (SEC filings are proper subjects of judicial notice); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (same); *Intuitive Imaging Informatics, LLC v. Intuitive Surgical Operations, Inc.*, 2024 WL 4404992, at *2 (C.D. Cal. Sept. 4, 2024) (taking judicial notice of document filed with the SEC even though the documents were not referenced in the complaint).

Lead Plaintiff offers Exhibit 1 to demonstrate what Luna said to the market on or about January 6, 2025 about the circumstances leading up to and its ultimate suspension and delisting from The Nasdaq Stock Market LLC, as well as the manner in which its shares would be subsequently traded on the over-the-counter market.

Based on the foregoing, the Court should take judicial notice of Exhibit 1.

Dated: January 24, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Lucas E. Gilmore*
Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:   lucasg@hbsslaw.com
            reed@hbsslaw.com

*Counsel for Lead Plaintiff George Lang*

LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
Case No. 2:24-cv-02630-CBM-KS