Emily E. Renshaw (*pro hac vice*)
emily.renshaw@morganlewis.com
Matthew C. McDonough (*pro hac vice*)
matthew.mcdonough@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110-1726
Tel:   +1.617.341.7700
Fax:   +1.617.341.7701

Robert O'Leary (SBN 284879)
bob.oleary@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

*Attorneys for Defendant
George Gomez-Quintero*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION,<br><br>This Document Relates to<br>ALL ACTIONS | Master File No. 2:24-cv-02630-CBM-KS<br><br>CLASS ACTION<br><br>**DECLARATION OF MATTHEW C. MCDONOUGH IN SUPPORT OF GEORGE GOMEZ-QUINTERO'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:     March 11, 2025<br>Time:     10:00 a.m.<br>Judge:    Hon. Consuelo B. Marshall |

MORGAN, LEWIS &
BOCKIUS LLP

## DECLARATION OF MATTHEW C. MCDONOUGH

I, Matthew C. McDonough, hereby declare as follows:

1.      I am an attorney with the law firm Morgan, Lewis & Bockius LLP and counsel for Defendant George Gomez-Quintero in the above-captioned action.  I am over 18 years of age and make this declaration on personal knowledge.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Luna Innovations Incorporated's ("Luna") Form 8-K filed with the United States Securities and Exchange Commission ("SEC") on or about October 17, 2023.

3.      Attached hereto as Exhibit 2 is a true and correct copy of: (a) the cover page to Luna's Form 10-K for the fiscal year ended December 31, 2019 filed with the SEC on or about March 13, 2020; and (b) Exhibit 10.29 to that Form 10-K, the December 2, 2019 Employment Agreement between Gene Nestro and Luna.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 11th day of February 2025.

/s/ Matthew C. McDonough
Matthew C. McDonough (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
matthew.mcdonough@morganlewis.com
One Federal St.
Boston, MA 02110-1726
Tel: (617) 341-7700
Fax: (617) 341-7701