Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:  lucasg@hbsslaw.com
        reed@hbsslaw.com

*Attorneys for Lead Plaintiff George Lang*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | Master File No. 2:24-cv-02630-CBM-KS<br><br>**LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF ADDITIONAL DOCUMENTS IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:        March 11, 2025<br>Time:        10:00 a.m.<br>Courtroom:  8D (8th Fl.)<br>Judge: Hon.  Consuelo B. Marshall<br>            350 W. 1st Street<br>            Los Angeles, CA 90012 |

Pursuant to Federal Rule of Evidence 201(b), Lead Plaintiff George Lang hereby files this request for judicial notice of additional documents offered in support of his previously filed Opposition to Defendants' Motions to Dismiss. Dkt. No. 76. The documents are attached as exhibits to the concurrently filed Supplemental Declaration of Lucas E. Gilmore in Support of Lead Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss ("Gilmore Supp. Declaration").

Exhibit 3 to the Gilmore Supp. Declaration is a true and correct copy of the "Item 4.01 Form 8-K dated February 21, 2025 of Luna Innovations Incorporated," filed by Defendant Luna Innovations Incorporated with the Securities Exchange Commission on Form 8-K on or about February 21, 2025 (the "2/21/2025 8-K"). The 2/21/2025 8-K is a document that is presently available at https://www.sec.gov/ix?doc=/ Archives/edgar/data/ 0001239819/ 000123981925000008/luna-20250103.htm.

Exhibit 4 to the Gilmore Supp. Declaration is a true and correct copy of the "Letter dated February 21, 2025 from Ernst & Young to the Securities Exchange Commission," filed by Defendant Luna Innovations Incorporated with the Securities Exchange Commission, as Exhibit 16.1 to the 2/21/2025 8-K on or about February 21, 2025 (the "EY Letter"). The EY Letter is a document that is presently available at https://www.sec.gov/ix?doc=/ Archives/edgar/data/ 0001239819/ 000123981925000008/luna-20250103.htm.

The documents in question are SEC filings, the accuracy of which are not reasonably subject to dispute, and therefore are properly subject to judicial notice. *See, e.g., Metzler Inv. GMBH v. Corinthian Colls. Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (SEC filings are proper subjects of judicial notice); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (same); *Intuitive Imaging Informatics, LLC v. Intuitive Surgical Operations, Inc.*, 2024 WL 4404992, at *2

(C.D. Cal. Sept. 4, 2024) (taking judicial notice of document filed with the SEC even though the documents were not referenced in the complaint).

Lead Plaintiff offers Exhibits 3-4 to demonstrate what Luna and Ernst & Young LLP ("E&Y") said to the market on or about February 21, 2025 about the circumstances leading to E&Y's resignation from the engagement to audit the Defendant Luna Innovations Incorporated's ("Luna" or the "Company") consolidated financial statements for the year ended December 31, 2023 (the "2023 Audit") and that E&Y will not stand for reappointment as the Company's independent public accounting firm.

Based on the foregoing, the Court should take judicial notice of Exhibit 3-4 in connection with ruling on Defendants' Motions to Dismiss.

Dated: February 26, 2025      Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Lucas E. Gilmore*
Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com
        reed@hbsslaw.com

*Counsel for Lead Plaintiff George Lang*