Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:  lucasg@hbsslaw.com
        reed@hbsslaw.com

*Attorneys for Lead Plaintiff George Lang*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | Master File No. 2:24-cv-02630-CBM-KS<br><br>**SUPPLEMENTAL DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF ADDITIONAL DOCUMENTS IN SUPPORT OF LEAD PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:          March 11, 2025<br>Time:          10:00 a.m.<br>Courtroom:  8D (8th Fl.)<br>Judge: Hon.  Consuelo B. Marshall<br>                  350 W. 1st Street<br>                  Los Angeles, CA 90012 |

SUPPLEMENTAL DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

Case No. 2:24-cv-02630-CBM-KS

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP, counsel for Lead Plaintiff George Lang ("Lead Plaintiff"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Lead Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss Amended Complaint.

2.    Attached hereto as Exhibit 3 is a true and correct copy of the "Item 4.01 Form 8-K dated February 21, 2025 of Luna Innovations Incorporated," filed by Defendant Luna Innovations Incorporated with the Securities Exchange Commission on Form 8-K on or about February 21, 2025 (the "2/21/2025 8-K"). The 2/21/2025 8-K is a document that is presently available at https://www.sec.gov/ix?doc=/    Archives/edgar/data/    0001239819/ 000123981925000008/luna-20250103.htm.

3.    Attached hereto as Exhibit 4 is a true and correct copy of the "Letter dated February 21, 2025 from Ernst & Young to the Securities Exchange Commission," filed by Defendant Luna Innovations Incorporated with the Securities Exchange Commission, as Exhibit 16.1 to the 2/21/2025 8-K on or about February 21, 2025 (the "EY Letter"). The EY Letter is a document that is presently available at    https://www.sec.gov/ix?doc=/    Archives/edgar/data/    0001239819/ 000123981925000008/luna-20250103.htm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of February, 2025.

_/s/ Lucas E. Gilmore_
LUCAS E. GILMORE

-1-
SUPPLEMENTAL DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE
Case No. 2:24-cv-02630-CBM-KS