UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Master File No. 2:24-cv-02630-CBM-KSx<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO: (1) WITHDRAW BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS WITHOUT PREJUDICE TO REFILING; AND (2) BRIEFLY STAY PROCEEDINGS IN ORDER TO COMPLETE PRIVATE MEDIATION** |

Having considered the Joint Stipulation to: (1) Withdraw Briefing on Defendants' Motions to Dismiss Without Prejudice to Refiling; and (2) Briefly Stay Proceedings in Order to Complete Private Mediation filed by Lead Plaintiff George Lang ("Plaintiff") and Defendants Luna Innovations Incorporated ("Luna" or the "Company"), Scott A. Graeff, Eugene J. Nestro and George Gomez-Quintero ("Defendants," and together with Lead Plaintiff, the "Parties"), and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

///

011245-11/3101910 V1

1.      Defendants' Motions and all accompanying supporting, opposition and reply papers are withdrawn. The withdrawal of these filings is without prejudice to the Motions and accompanying papers being timely refiled.

2.      The hearing on the Motions scheduled for March 11, 2025 is vacated.

3.      All proceedings in this action shall be temporarily stayed to allow the Parties to pursue private mediation.

4.      The Parties shall attempt to resolve the matter through private mediation on or before May 13, 2025.

5.      The Parties shall file a joint status report updating the Court on their settlement discussions by no later than May 20, 2025.

6.      In the event that the Parties report they are at an impasse and unable to reach a settlement, the Parties shall promptly refile the Motions and accompanying papers and notify the Court so that the hearing on the Motions can be re-noticed. Alternatively, if the Parties reach a settlement, they shall promptly notify the Court.

IT IS SO ORDERED.

DATED: March 6, 2025

HON.  CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

-1-

011245-11/3101910 V1