Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:  lucasg@hbsslaw.com
             reed@hbsslaw.com

*Attorneys for Lead Plaintiff George Lang*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | Master File No. 2:24-cv-02630-CBM-KS<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS; AND (IV) SCHEDULING OF FAIRNESS HEARING**<br><br>Hearing Date: Tuesday, June 3, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 8D, 8th Floor<br>Judge: Hon. Consuelo Marshall |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on Tuesday, June 3, 2025, at 10:00 a.m. PST, or as soon thereafter as counsel may be heard, Lead Plaintiff George Lang ("Lang" or "Lead Plaintiff") will and does hereby move the Court for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) preliminarily approving the proposed settlement ("Settlement") as set forth in the Stipulation;[1] (2) preliminarily certifying a Settlement Class; (3) approving the form and manner of giving notice of the proposed Settlement to the Settlement Class; (4) scheduling a hearing before the Court to determine whether the proposed Settlement, the proposed Plan of Allocation, and counsel's motion for an award of attorneys' fees and litigation expenses, including an Award to Lead Plaintiff, should be approved; and (5) providing such other and further relief as this Court deems just and proper.

This motion is based on the Memorandum of Points and Authorities below, the Declaration of Lucas Gilmore and exhibits attached thereto, all prior pleadings in this Action, and such additional evidence or argument as may be requested by the Court.

A [Proposed] Order Granting Lead Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement, Certification of the Settlement Class, Approval of Notice to the Settlement Class, and Scheduling of Fairness Hearing ("Preliminary Approval Order") is also submitted herewith as Exhibit A to the Stipulation.

---

[1] All capitalized terms not defined herein shall have those meanings as set forth in the Stipulation and Agreement of Settlement dated May 5, 2025 ("Stipulation"), a true and correct copy of which is attached as Exhibit 1 to the Declaration of Lucas E. Gilmore in Support of Lead Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement ("Gilmore Decl.").

| | | |
|---|---|---|
| 1 | Dated: May 5, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 4 | | By /s/ *Lucas E. Gilmore* |
| 5 | |    Lucas E. Gilmore, Bar No. 250893 |
| 6 | |    Reed Kathrein, Bar No. 139304 |
|  | | 715 Hearst Avenue, Suite 300 |
| 7 | | Berkeley, CA 94710 |
|  | | Telephone: (510) 725-3000 |
| 8 | | Facsimile: (510) 725-3001 |
|  | | Email:   lucasg@hbsslaw.com |
| 9 | |            reed@hbsslaw.com |
| 10 | | |
| 11 | | *Counsel for Lead Plaintiff George Lang* |