1  Lucas E. Gilmore, Bar No. 250893
2  Reed Kathrein, Bar No. 139304
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  715 Hearst Avenue, Suite 300
4  Berkeley, CA  94710
   Telephone: (510) 725-3000
5  Facsimile:  (510) 725-3001
   Email:  lucasg@hbsslaw.com
6          reed@hbsslaw.com
7
   *Attorneys for Lead Plaintiff George Lang*
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Master File No. 2:24-cv-02630-CBM-KS<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION TO CONTINUE FAIRNESS HEARING** |

Lead Plaintiff George Lang ("Plaintiff") and Defendants Luna Innovations Incorporated ("Luna" or the "Company"), Scott A. Graeff, Eugene J. Nestro and George Gomez-Quintero ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their respective counsel, submit the following joint stipulation seeking to continue the Fairness Hearing currently set for December 17, 2025 at 10:00 a.m.

## JOINT STIPULATION

WHEREAS, on April 15, 2025, the parties filed a Notice of Settlement (Dkt. 86);

WHEREAS, on May 5, 2025, Plaintiff filed an Unopposed Motion for (I) Preliminary Approval of Proposed Class Action Settlement; (II) Certification of the Settlement Class; (III) Approval of Notice to the Settlement Class; and (IV) Scheduling of Fairness Hearing (Dkt. 87);

WHEREAS, on September 10, 2025, the Court held a hearing regarding Plaintiff's motion for preliminary approval (Dkt. 106);

WHEREAS, on September 19, 2025, the Court entered an order granting preliminary approval and set the Fairness Hearing for December 17, 2025, at 10:00 a.m. (Dkt. 107);

WHEREAS, following consultation with Lead Plaintiff's claims administrator and damages expert, Lead Plaintiff has determined that the notice process, claims submission and verification process are more complex than initially anticipated; and

WHEREAS, in the interest of ensuring Settlement Class Members have ample notice and opportunity to be heard, the Parties have agreed to continue the Fairness Hearing and in turn correspondingly extend the deadlines for filing claims, objecting to the Settlement, Plan of Allocation, and Fee and Expense Applications, and requesting exclusion from the Settlement;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. The Fairness Hearing currently scheduled for December 17, 2025, at 10:00 a.m. is continued until February 17, 2026, at 10:00 a.m.

Dated: October 13, 2025                Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/   *Lucas E. Gilmore*
         Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:   lucasg@hbsslaw.com
         reed@hbsslaw.com

Nathan Emmons (pro hac vice)
Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
Email: nathane@hbsslaw.com

*Counsel for Lead Plaintiff George Lang*

KING & SPALDING LLP

By /s/   *Lisa R. Bugni* (with permission)
         Lisa R. Bugni (SBN 323962)
533 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310
lbugni@kslaw.com

Jessica Corley (pro hac vice)
1180 Peachtree St. NE
Atlanta, GA 30309

Tel: (404) 572 4600
Fax: (404) 572 5100
jpcorley@kslaw.com

*Attorneys for Defendant Luna Innovations Inc.*

JENNER AND BLOCK LLP

By  *Stephen L. Ascher*  (with permission)
      Stephen L. Ascher (pro hac vice)
Charles D. Riely (pro hac vice)
1155 Avenue of the Americas
New York, NY 10036
Tel: (212)891-1600
sascher@jenner.com
criely@jenner.com

Kelly Marie Morrison
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel: (213) 239-5100
Fax: (213) 239-5199
kmorrison@jenner.com

*Attorneys for Defendant Scott Graeff*

GOODWIN PROCTER LLP

By:  *Charles A. Brown* (with permission)
      Charles A. Brown (*pro hac vice*)
(cbrown@goodwinlaw.com)
Daniel Roeser (*pro hac vice*)
(droeser@goodwinlaw.com)
Jessica Vogele (*pro hac vice*)
(jvogele@goodwinlaw.com)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800

|   |   |
|---|---|
| 1 | Fax: (212) 355-3333 |
| 2 | |
| 3 | Jonathan H. Hecht (*pro hac vice*) |
|   | (jhecht@goodwinlaw.com) |
| 4 | 1900 N Street NW |
|   | Washington, DC 20036 |
| 5 | Tel: (202) 346-4000 |
| 6 | Fax: (202) 346-4444 |
| 7 | |
|   | Natasha Daughtrey (SBN 319975) |
| 8 | (ndaughtrey@goodwinlaw.com) |
|   | 601 S. Figueroa Street Suite 4100 |
| 9 | Los Angeles, CA 90017 |
| 10 | Tel: (213) 426-2500 |
|   | Fax: (213) 623-1673 |
| 11 | |
| 12 | *Attorneys for Defendant Eugene Nestro* |
| 13 | |
| 14 | MORGAN, LEWIS & BOCKIUS LLP |
| 15 | |
|   | By:     *Brittany M. Johnson* (with permission) |
| 16 |         Brittany M. Johnson (SBN 328436) |
|   | (brittany.johnson@morganlewis.com) |
| 17 | 300 South Grand Ave., 22nd Floor |
| 18 | Los Angeles, CA 90071-3132 |
|   | Tel: (213) 612-2500 |
| 19 | Fax: (213) 612-2501 |
| 20 | |
|   | Emily E. Renshaw (*pro hac vice*) |
| 21 | (emily.renshaw@morganlewis.com) |
| 22 | Matthew C. McDonough (*pro hac vice*) |
|   | (matthew.mcdonough@morganlewis.com) |
| 23 | One Federal St. |
| 24 | Boston, MA 02110-1726 |
|   | Tel: (617) 951-8517 |
| 25 | Fax: (617) 341-7701 |
| 26 | |
| 27 | *Attorneys for Defendant George Gomez-Quintero* |
| 28 | |

**Attestation**

I, Lucas Gilmore, attest that all other signatories listed, and on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

/s/ Lucas E. Gilmore