UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-02630-CBM-KS | Date | October 17, 2025 |
|---|---|---|---|
| Title | *In re Luna Innovations Inc. Securities Litigation* | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER RE: JOINT STIPULATION TO CONTINUE FAIRNESS HEARING**

The matter before the Court is the parties' "Joint Stipulation to Continue Fairness Hearing." (Dkt. No. 108 (the "Stipulation").)

On May 5, 2025, Plaintiff filed an Unopposed Motion for (I) Preliminary Approval of Proposed Class Action Settlement; (II) Certification of the Settlement Class; (III) Approval of Notice to the Settlement Class; and (IV) Scheduling of Fairness Hearing (Dkt. No. 87), which the Court granted. (Dkt. No. 107.)

On October 13, 2025, the parties filed the instant Stipulation stating that following consultation with Lead Plaintiff's claims administrator and damages expert, Lead Plaintiff determined that the notice process, claims submission and verification processes are more complex than initially anticipated and requested the Court continue the Fairness Hearing currently scheduled for December 17, 2025, at 10:00 a.m. to February 17, 2026, at 10:00 a.m. (Stip. at 1-2.)

The Court hereby **APPROVES** the Stipulation and the Fairness Hearing on the matter is continued to February 17, 2026 at 10:00 a.m. with notice of the February Fairness Hearing date and all corresponding deadlines for filing claims, objecting to the Settlement, Plan of Allocation, and Fee and Expense Applications, and requesting exclusion from the Settlement deadlines extended in accordance with the timing set forth in the Court's Preliminary Approval Order (Dkt. No. 107.)

**IT IS SO ORDERED.**

00    :

| CV-90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk   VRV |
|---|---|---|