Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:  lucasg@hbsslaw.com
reed@hbsslaw.com

*Attorneys for Lead Plaintiff George Lang*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LUNA INNOVATIONS INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>*ALL ACTIONS* | Case No. 2:24-cv-02630-CBM-KS<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARD**<br><br>Hearing Date: Tuesday, February 17, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: Courtroom 8D, 8th Floor<br>Judge: Hon. Consuelo Marshall |

## NOTICE OF MOTION AND MOTION

**TO:   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 17, 2026, at 10:00 a.m. PST, in Courtroom 8D, the Honorable Consuelo B. Marhsall presiding, the Court-appointed Lead Counsel Hagens Berman Sobol Shapiro LLP ("Lead Counsel") will and hereby does move for an Order pursuant to Federal Rule of Civil Procedure 23 granting an award of attorneys' fees, litigation expenses, and a service award.

This motion is based upon this Notice of Motion and Motion (together, the "Motion"); the supporting Memorandum that follows; the accompanying declarations, including the Declaration of Lucas E. Gilmore and the Declaration of George Lang; the Stipulation;[1] the pleadings and records on file in the Action; the arguments of counsel, and all such other matters as the Court may consider in evaluating the Motion.

Lead Counsel is not aware of any opposition to the motion. Pursuant to the Court's preliminary approval order (ECF No. 107), any objections to the request for attorneys' fees and litigation expenses must be filed by January 27, 2026, and will be addressed in Lead Counsel's reply papers to be filed on February 10, 2026. A proposed order granting the relief requested herein will be submitted with Lead Counsel's reply papers after the objection deadline has passed.

---

[1] All capitalized terms not defined herein shall have those meanings as set forth in the Stipulation and Agreement of Settlement dated May 5, 2025 ("Stipulation"), attached as **Exhibit 1** to the Declaration of Lucas E. Gilmore in Support of Lead Plaintiff's (1) Motion for Final Approval of Proposed Class Action Settlement and (2) Motion for an Award of Attorneys' Fees, Litigation Expenses, and Service Award ("Gilmore Decl.").

Emphasis is added and citations are omitted throughout unless otherwise noted. All exhibits referenced herein are attached to the Gilmore Declaration, unless otherwise indicated.

-1-

DATED: January 13, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/    Lucas E. Gilmore*
Lucas E. Gilmore, Bar No. 250893
Reed Kathrein, Bar No. 139304
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:    lucasg@hbsslaw.com
              reed@hbsslaw.com

Nathan Emmons (*pro hac vice*)
Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile:  (708) 628-4950
Email:    nathane@hbsslaw.com

*Counsel for Lead Plaintiff George Lang*

-2-

011245-11/3426713 V1