UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 24-02630-CBM-KS | Date | February 17, 2026 |
|---|---|---|---|
| Title | In Re Luna Innovations Incorporated Securities Litigation | | |

| Present: The Honorable | CONSUELO B. MARSHALL UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nathan H. Emmons | Lisa R. Bugni; Natasha E. Daughtrey; Lauren M. Greene |

**Proceedings:**    **LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT [110]**

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARD [111]**

The hearing is held. The Court grants Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement. A written order will issue.

Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Award is taken under submission.

|  | : | 27 |
|---|---|---|
| Initials of Preparer | VRV | |